UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

      -v.- : INDICTMENT

JOSE PACHECO ANDRADE, : 10 Cr.

           Defendant.

- - - - - - - - - - - - - - - - - - - x

10 CRIM 822



COUNT ONE

    The Grand Jury charges:

    From in or about 2009, in the Southern District of New York and elsewhere, JOSE PACHECO ANDRADE, the defendant, being an alien, after having been removed from the United States on or about December 19, 2008, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

    (Title 8, United States Code, Section 1326(a).)


/s/ _____        /s/ Preet Bharara
FOREPERSON                            PREET BHARARA
                                     United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 SEP 2009

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE PACHECO ANDRADE,

Defendant.

---

INDICTMENT

10 Cr.

(8 U.S.C. § 1326(a).)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

9/15/10 Filed Indictment. A/W issued; Case Case assigned to J. Castel.